IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
SOUTHERN DIVISION

DAVID LAMAR JOHNSON, #255052,  )
                                )
    Petitioner,             )
                                )
v.                              )   CASE NO. 1:08-cv-610-TMH
                                )        WO
STATE OF ALABAMA, *et al.*,     )
                                )
    Respondents.            )

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The petitioner's objection (Doc. #69) to the Recommendation of the Magistrate Judge filed on January 11, 2010 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #64) filed on December 3, 2009 is adopted;

3. That the petition for habeas corpus relief is DENIED and this case is DISMISSED with prejudice.

DONE this the 22nd day of January, 2010.

/s/ Truman M. Hobbs

TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE